**DISMISS; and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01592-CV

### LAVANTIA HAMILTON, Appellant
### V.
### MARY LEE, Appellee

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-11-00436-X**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

The clerk's record in this case is overdue. By letter dated March 25, 2015, we informed appellant that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record.[1] We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

---

[1] The letter was returned as unable to forward. Appellant has not provided the Court with a current address.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

141592F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LAVANTIA HAMILTON, Appellant

No. 05-14-01592-CV      V.

MARY LEE, Appellee

On Appeal from the 305th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. JD-11-00436-X.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MARY LEE recover her costs of this appeal from appellant LAVANTIA HAMILTON.

Judgment entered this 28th day of July, 2015.